# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROY SEARLE | Civil Action No. 11-cv- 5214 (PGS) |
| Plaintiff, | |
| v. | |
| AMERICAN COLLECTIONS ENTERPRISE, INC., | ORDER |
| Defendant. | |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 3RD day of April, 2012,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.